In the Matter of the Arbitration between LOCAL UNION 516, INSPECTION UNIT, UAW-CIO, by COLIN E. CATTLEY, as President, Respondent, and BELL AIRCRAFT CORPORATION, Appellant.

Argued June 4, 1954; decided July 14, 1954.

*Thomas A. Campbell* and *Montgomery G. Pooley* for appellant.
*Richard Lipsitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.